1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699

6

Attorneys for Defendants
7  NATIONAL RAILROAD PASSENGER
   CORPORATION, BNSF RAILWAY COMPANY,
8  UNION PACIFIC RAILROAD COMPANY, and
   ERIC PARKINSON

ORIGINAL FILED
JAN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE ROMERO, individually;
RANDY CORDOVA, as Personal
Representative of the Estate of Ruben
Torres, deceased; FRANK D. RAMIREZ,

Plaintiffs,

v.

AMTRAK; NATIONAL RAILROAD
PASSENGER CORPORATION; UNION
PACIFIC RAILROAD; BURLINGTON
NORTHERN SANTA FE RAILWAY;
CITY OF SAN PABLO; WEST CONTRA
COSTA COUNTY UNIFIED SCHOOL
DISTRICT; COUNTY OF CONTRA
COSTA COUNTY; STATE OF
CALIFORNIA; E. PARKINSON; and
DOES 1 through 100,

Defendants.

Case No. C08-00540 JL

DEFENDANTS NATIONAL RAILROAD
PASSENGER CORPORATION, BNSF
RAILWAY COMPANY, UNION PACIFIC
RAILROAD COMPANY, AND ERIC
PARKINSON'S DEMAND FOR JURY
TRIAL

///

///

///

///

///

13249-36247 JBS 548440.1                    1

DEFS NRPC, BNSF RAILWAY CO., UP RR CO., & ERIC PARKINSON'S DEMAND FOR JURY TRIAL

1  Defendants National Railroad Passenger Corporation, BNSF Railway Company, Union
2  Pacific Railroad Company and Eric Parkinson hereby demand a trial by jury

Dated: January 24, 2008

LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, BNSF RAILWAY COMPANY,
UNION PACIFIC RAILROAD COMPANY, and
ERIC PARKINSON