B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, BNSF RAILWAY COMPANY,
UNION PACIFIC RAILROAD COMPANY, and
ERIC PARKINSON

ORIGINAL FILED
JAN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, individually; RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased; FRANK D. RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD; BURLINGTON NORTHERN SANTA FE RAILWAY; CITY OF SAN PABLO; WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT; COUNTY OF CONTRA COSTA COUNTY; STATE OF CALIFORNIA; E. PARKINSON; and DOES 1 through 100,<br><br>Defendants. | Case No. C08-00540 JL<br><br>DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, AND ERIC PARKINSON'S CERTIFICATION OF INTERESTED ENTITIES |

///
///
///
///
///

13249-36247 JBS 548444.1

1

DEFENDANTS NRPC, BNSF, UPRC & PARKINSON'S CERTIFICATION OF INTERESTED ENTITIES

1    Defendants National Railroad Passenger Corporation hereby submits this Certification of
2 Interested Entities. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this
3 date, other than the named parties, there is no such interest to report.

Dated: January 24, 2008                    LOMBARDI, LOPER & CONANT, LLP

By: _____
    B. CLYDE HUTCHINSON
    Attorneys for Defendants
    NATIONAL RAILROAD PASSENGER
    CORPORATION, BNSF RAILWAY COMPANY,
    UNION PACIFIC RAILROAD COMPANY, and
    ERIC PARKINSON