| | |
|---|---|
| 1 | B. CLYDE HUTCHINSON, State Bar No. 037526 |
|  | bch@llcllp.com |
| 2 | JASON B. SHANE, State Bar No. 253908 |
|  | jshane@llcllp.com |
| 3 | LOMBARDI, LOPER & CONANT, LLP |
|  | Lake Merritt Plaza |
| 4 | 1999 Harrison Street, Suite 2600 |
|  | Oakland, CA 94612-3541 |
| 5 | Telephone:   (510) 433-2600 |
|  | Facsimile:    (510) 433-2699 |

ORIGINAL FILED
JAN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, BNSF RAILWAY COMPANY,
UNION PACIFIC RAILROAD COMPANY, and
ERIC PARKINSON

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE ROMERO, individually;
RANDY CORDOVA, as Personal
Representative of the Estate of Ruben
Torres, deceased; FRANK D. RAMIREZ,

Plaintiffs,

v.

AMTRAK; NATIONAL RAILROAD
PASSENGER CORPORATION; UNION
PACIFIC RAILROAD; BURLINGTON
NORTHERN SANTA FE RAILWAY;
CITY OF SAN PABLO; WEST CONTRA
COSTA COUNTY UNIFIED SCHOOL
DISTRICT; COUNTY OF CONTRA
COSTA COUNTY; STATE OF
CALIFORNIA; E. PARKINSON; and
DOES 1 through 100,

Defendants.

Case No. C08-00540 JL

**CONSENT TO REMOVAL BY BNSF RAILWAY COMPANY AND ERIC PARKINSON**

Defendants BNSF RAILWAY COMPANY, erroneously sued as Burlington Northern Santa Fe Railway and ERIC PARKINSON, sued as E. Parkinson, consent to the removal of

///

///

13249-36247 BCH 548561.1                                    1

this action the United States District Court for the Northern District of California by defendant NATIONAL RAILROAD PASSENGER CORPORATION.

DATED: January 24, 2008

                LOMBARDI, LOPER & CONANT, LLP

                By: _____
                      B. CLYDE HUTCHINSON
               Attorneys for BNSF Railway Company and
                          Eric Parkinson