1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:  (510) 433-2600
   Facsimile:  (510) 433-2699
6
7  Attorneys for Defendants
   NATIONAL RAILROAD PASSENGER
   CORPORATION, BNSF RAILWAY COMPANY,
8  UNION PACIFIC RAILROAD COMPANY, and
   ERIC PARKINSON

ORIGINAL FILED
JAN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, individually; RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased; FRANK D. RAMIREZ, <br><br>Plaintiffs, <br><br>v. <br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD; BURLINGTON NORTHERN SANTA FE RAILWAY; CITY OF SAN PABLO; WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT; COUNTY OF CONTRA COSTA COUNTY; STATE OF CALIFORNIA; E. PARKINSON; and DOES 1 through 100, <br><br>Defendants. | Case No. C08-00540 JL <br><br>**CONSENT TO REMOVAL BY COUNTY OF CONTRA COSTA** |

25  ///
26  ///
27  ///
28  ///

13249-36247 BCH 548559.1

1

CONSENT TO REMOVAL BY COUNTY OF CONTRA COSTA

1  Without waiving any right to assert that the proper State Court venue is Contra Costa
2  County, Defendant COUNTY OF CONTRA COSTA, by its undersigned attorney, consents to the
3  removal of this action to the United States District Court for the Northern District of California by
4  defendant NATIONAL RAILROAD PASSENGER CORPORATION.

Dated: January 24, 2008

By _____
Monika Cooper, Attorney for County of Contra Costa