B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, BNSF RAILWAY COMPANY,
UNION PACIFIC RAILROAD COMPANY, and
ERIC PARKINSON

ORIGINAL FILED
JAN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE ROMERO, individually;
RANDY CORDOVA, as Personal
Representative of the Estate of Ruben
Torres, deceased; FRANK D. RAMIREZ,

Plaintiffs,

v.

AMTRAK; NATIONAL RAILROAD
PASSENGER CORPORATION; UNION
PACIFIC RAILROAD; BURLINGTON
NORTHERN SANTA FE RAILWAY;
CITY OF SAN PABLO; WEST CONTRA
COSTA COUNTY UNIFIED SCHOOL
DISTRICT; COUNTY OF CONTRA
COSTA COUNTY; STATE OF
CALIFORNIA; E. PARKINSON; and
DOES 1 through 100,

Defendants.

Case No. C08-00540 JL

CONSENT TO REMOVAL BY WEST
CONTRA COSTA COUNTY UNIFIED
SCHOOL DISTRICT

Defendant WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT, by its undersigned attorney, consents to the removal of this action the United States District Court for the Northern District of California by defendant NATIONAL RAILROAD PASSENGER CORPORATION.

13249-36247 BCH 548557.1                    1                            Case No.

CONSENT TO REMOVAL BY WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT

Dated: January 23, 2008

By _____
Thomas Bertrand, Attorney for West Contra Costa
County Unified School District

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-36247 BCH 548557.1                    2                         Case No.
CONSENT TO REMOVAL BY WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT