1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendants
7  NATIONAL RAILROAD PASSENGER
   CORPORATION, BNSF RAILWAY COMPANY,
8  UNION PACIFIC RAILROAD COMPANY, and
   ERIC PARKINSON
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  DANIELLE ROMERO, individually;          Case No.  C08-00540 JL
    RANDY CORDOVA, as Personal
13  Representative of the Estate of Ruben    **CERTIFICATE OF SERVICE**
    Torres, deceased; FRANK D. RAMIREZ,
14
                 Plaintiffs,
15
         v.
16
    AMTRAK; NATIONAL RAILROAD
17  PASSENGER CORPORATION; UNION
    PACIFIC RAILROAD; BURLINGTON
18  NORTHERN SANTA FE RAILWAY;
    CITY OF SAN PABLO; WEST CONTRA
19  COSTA COUNTY UNIFIED SCHOOL
    DISTRICT; COUNTY OF CONTRA
20  COSTA COUNTY; STATE OF
    CALIFORNIA; E. PARKINSON; and
21  DOES 1 through 100,

22               Defendants.

23

24       I, Noelle Duncan, hereby declare:

25       I am a citizen of the United States, over 18 years of age and not a party to the within

26  action.  I am employed in the county of Alameda; my business address is Lombardi, Loper &

27  Conant, LLC, 1999 Harrison Street, Suite 2600, Oakland, CA 94612.

28  ///

*Left margin vertical text:* LOMBARDI, LOPER & CONANT, LLP  Lake Merritt Plaza  1999 Harrison Street, Suite 2600  Oakland, CA 94612-3541

1    On January 25, 2008, I served the within:

2    • **CIVIL CASE COVER SHEET;**

3    • **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S NOTICE OF REMOVAL OF CASE TO FEDERAL COURT;**

4
5    • **DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION'S, BNSF RAILWAY COMPANY'S, UNION PACIFIC RAILROAD COMPANY'S, AND ERIC PARKINSON'S DEMAND FOR JURY TRIAL;**

6
7    • **DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION'S, BNSF RAILWAY COMPANY'S, UNION PACIFIC RAILROAD COMPANY'S, AND ERIC PARKINSON'S CERTIFICATION OF INTERESTED ENTITIES;**

8
9    • **CONSENT TO REMOVAL BY BNSF RAILWAY COMPANY AND ERIC PARKINSON;**

10   • **CONSENT TO REMOVAL BY COUNTY OF CONTRA COSTA;**

11   • **CONSENT TO REMOVAL BY WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT;**

12
13   • **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**

14   • **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**

15   • **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

16
17   • **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

18   on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as

19   follows:

20   Bennett R. Glen                           Telephone: (925) 602-2727
21   Scranton Law Firm                         Facsimile: (925) 676-9999
     2450 Stanwell Drive, Suite B              *Attorneys for Plaintiffs*
22   Concord, CA 94520

23   Steven J. Brady                           Telephone: (415) 459-7300
     The Brady Law Group                       Facsimile: (415) 459-7303
24   1015 Irwin St., Suite A                   *Co-Counsel for Plaintiffs*
     San Rafael, CA 94901
25
     Silvano B. Marchesi                       Telephone: (925) 335-1800
26   Monika L. Cooper                          Facsimile: (925) 335-1866
     Deputy County Counsel                     *Attorneys for Defendant*
27   County of Contra Costa                    County of Contra Costa
     651 Pine Street, 9th Floor
28   Martinez, CA 94553

13249-36247 JBS 548442.1                     2                      Case No. C08-00540 JL

CERTIFICATE OF SERVICE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1

2   Peter P. Edrington                           Telephone: (925) 827-3300
    Edrington, Schirmer & Murphy                 Facsimile: (925) 827-3320
3   2300 Contra Costa Blvd. #450                 *Attorneys for Defendant*
    Pleasant Hill, CA  94523-3956                City of San Pablo

4   Thomas Bertrand                              Telephone: (415) 353-0999
    Bertrand Fox & Elliot                        Facsimile:  (415) 353-0990
5   The Waterfront Bldg                          *Attorneys for Defendant*
    2749 Hyde St                                 West Contra Costa County Unified School
6   San Francisco, CA 94109                      District

7

8   ☒    **By United States Mail:**  I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

9

10

11

12       I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

13

14  ☐    **By Fax Transmission:**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

15

16  ☐    **By Overnight Delivery:**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

17

18  ☐    **By Personal Service:**  I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

19

20

21

22  ☐    **By Messenger Service:**  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

CERTIFICATE OF SERVICE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1   ☐   **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the
2       persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

3

4       I declare under penalty of perjury under the laws of the United States of America that the
5   foregoing is true and correct.
6       Executed on January 25, 2008, at Oakland, California.

7

8                                               /s/ Noelle Duncan
9                                               Noelle Duncan

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28