STEVEN J. BRADY, ESQ. (State Bar No. 116651)
BRADY LAW GROUP
1015 Irwin Street, Suite A
San Rafael, CA  94901

Phone:   (415) 459-7300
Fax:       (415) 459-7303

Attorneys for Plaintiff
DANIELLE ROMERO individually,
RANDY CORDOVA as Personal
Representative of the Estate of
Ruben Torres, deceased and
FRANK D. RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIELLE ROMERO individually, RANDY CORDOVA as Personal Representative of the Estate of Ruben Torres, deceased, FRANK D. RAMIREZ, <br><br>Plaintiffs,<br><br>vs.<br><br>AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD, BURLINGTON NORTHER SANTA FE RAILWAY, CITY OF SAN PABLO, WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT, COUNTY OF CONTRA COSTA COUNTY, STATE OF CALIFORNIA, E. PARKINSON; and DOES 1-100,<br><br>Defendants. | CASE NO. C 08-00540 JL<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs DANIELLE ROMERO individually, RANDY CORDOVA as Personal

---

DEMAND FOR JURY TRIAL

1  Representative of the Estate of Ruben Torres, deceased and FRANK D. RAMIREZ
2  hereby demand a trial by jury in this action.
3  DATE:   January 28, 2008           BRADY LAW GROUP

                                By_____s/s_____
                                    Steven J. Brady
                                    Attorneys for Plaintiff
                                    DANIELLE ROMERO individually,
                                    RANDY CORDOVA as Personal
                                    Representative of the Estate of
                                    Ruben Torres, deceased,
                                    FRANK D. RAMIREZ

2
DEMAND FOR JURY TRIAL