STEVEN J. BRADY, ESQ. (State Bar No. 116651)
BRADY LAW GROUP
1015 Irwin Street, Suite A
San Rafael, CA  94901

Phone:   (415) 459-7300
Fax:       (415) 459-7303

Attorneys for Plaintiff
DANIELLE ROMERO individually,
RANDY CORDOVA as Personal
Representative of the Estate of
Ruben Torres, deceased and
FRANK D. RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIELLE ROMERO individually, RANDY CORDOVA as Personal Representative of the Estate of Ruben Torres, deceased, FRANK D. RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD, BURLINGTON NORTHER SANTA FE RAILWAY, CITY OF SAN PABLO, WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT, COUNTY OF CONTRA COSTA COUNTY, STATE OF CALIFORNIA, E. PARKINSON; and DOES 1-100,<br><br>Defendants. | CASE NO. C 08-00540<br><br>PROOF OF SERVICE RE:<br><br>DEMAND FOR JURY TRIAL |

I Laurie Berger, do declare that on the date set forth below, I served the above-mentioned document by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following

---

PROOF OF SERVICE RE: DEMAND FOR JURY TRIAL

1  ordinary business practices, in the United States Mail at the Brady Law Group, 1015
2  Irwin Street, Suite A, San Rafael, CA, 94901, addressed as shown below. I am readily
3  familiar with the business practice at my place of business for collection and processing
4  of correspondence for mailing with the United States Postal Service, and in
5  the ordinary course of business, correspondence would be deposited with the U.S.
6  Postal Service the same date it was placed for collection and processing.

| | |
|---|---|
| B. Clyde Hutchinson, Esq.<br>Jason B. Shane, Esq.<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Ste. 2600<br>Oakland, CA 94612<br>Phone: (510) 433-2600<br>Fax: (510) 433-2699<br>email: bch@llcllp.com<br>       jshane@llcllp.com<br>attys for Amtrak, National Railroad Passenger Corporation;<br>BNSF Railway Company, Union Pacific Railroad Company<br>and Eric Parkinson | Bruce Z. Behrens, Chief Counsel<br>David Gassage, Deputy Chief Counsel<br>Karl H. Schmidt, Assistant Chief Counsel<br>Landa S. Morris, Esq.<br>Sammy Obaid, Esq.<br>STATE OF CALIFORNIA DEPARTMENT<br>OF TRANSPORTATION<br>595 Market Street, Suite 1700<br>San Francisco, CA 94105<br>Mailing: P.O. Box 7444<br>San Francisco, CA 94120-7444<br>Phone: (415) 904-5700<br>Fax: (415) 904-2333<br>Atty for State of California |
| Silvano B. Marchesi, County Counsel<br>Monika L. Cooper, Deputy County Counsel<br>COUNTY OF CONTRA COSTA<br>651 Pine Street, 9th Floor<br>Martinez, CA 94533<br>Phone: (925) 335-1800<br>Fax: (925) 335-1866<br>Atty for County of Contra Costa | Peter Edrington, Esq.<br>EDRINGTON, SCHIRMER & MURPHY<br>2300 Contra Costa Blvd., #450<br>Pleasant Hill, CA 94523-3936<br>Phone: (925) 827-3300<br>Fax: (925) 827-3320<br>atty for City of San Pablo |
| Thomas Bertrand, Esq.<br>BERTRAND, FOX & ELLIOT<br>2749 Hyde Street<br>San Francisco, CA 94109<br>Phone: (415) 353-0999<br>Fax: (415) 353-0990<br>Atty for West Contra Costa County Unified School District | |

23       I certify and declare under penalty of perjury under the laws of the State of
24  California that the foregoing is true and correct. Executed on January 28, 2008 at San
25  Rafael, California.

26                                           _____s/s_____
                                                        Laurie Berger
27
28

2
PROOF OF SERVICE RE: DEMAND FOR JURY TRIAL