STEVEN J. BRADY, ESQ. (State Bar No. 116651)
BRADY LAW GROUP
1015 Irwin Street, Suite A
San Rafael, CA  94901

Phone:   (415) 459-7300
Fax:      (415) 459-7303

Attorneys for Plaintiff
DANIELLE ROMERO individually,
RANDY CORDOVA as Personal
Representative of the Estate of
Ruben Torres, deceased and
FRANK D. RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIELLE ROMERO individually, RANDY CORDOVA as Personal Representative of the Estate of Ruben Torres, deceased, FRANK D. RAMIREZ,<br><br>          Plaintiffs,<br><br>vs.<br><br>AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD, BURLINGTON NORTHER SANTA FE RAILWAY, CITY OF SAN PABLO, WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT, COUNTY OF CONTRA COSTA COUNTY, STATE OF CALIFORNIA, E. PARKINSON; and DOES 1-100,<br><br>          Defendants.<br>_____ | CASE NO. C 08-00540 JL<br><br>PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES |

Plaintiffs DANIELLE ROMERO individually, RANDY CORDOVA as Personal

1  Representative of the Estate of Ruben Torres, deceased and FRANK D. RAMIREZ

2  hereby submit this Certification of Interested Entities.  Pursuant to Civil Local Rule 3-

3  16, the undersigned certifies that as of this date, other than the named parties, there is

4  no such interest to report.

5  DATE:   January 28, 2008          BRADY LAW GROUP

6

7

8                                                  By_____s/s_____
                                                       Steven J. Brady
9                                                      Attorneys for Plaintiff
                                                       DANIELLE ROMERO individually,
10                                                     RANDY CORDOVA as Personal
                                                       Representative of the Estate of
11                                                     Ruben Torres, deceased,
                                                       FRANK D. RAMIREZ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES