SILVANO B. MARCHESI (SBN 42965)
County Counsel
MONIKA L. COOPER (SBN 193729)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, individually; RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased; FRANK D. RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD; BURLINGTON NORTHERN SANTA FE RAILWAY; CITY OF SAN PABLO; WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT; COUNTY OF CONTRA COSTA COUNTY; STATE OF CALIFORNIA; E. PARKINSON; and DOES 1 through 100, <br><br> Defendants. | Case No.  C08-00540 JL <br><br> DEFENDANT COUNTY OF CONTRA COSTA'S DEMAND FOR JURY TRIAL |

Defendant County of Contra Costa hereby demands a trial by jury.

///

///

///

///

1  DATED: January 31, 2008                    SILVANO B. MARCHESI, County Counsel

                                              By:_____/s/_____
                                                    MONIKA L. COOPER
                                                    Deputy County Counsel
                                                    Attorneys for Defendant
                                                    COUNTY OF CONTRA COSTA

DEFENDANT COUNTY OF CONTRA COSTA'S DEMAND FOR JURY TRIAL
Case No.   C08-00540 JL                                                        2