SILVANO B. MARCHESI (SBN 42965)
County Counsel
MONIKA L. COOPER (SBN 193729)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile:   (925) 335-1866

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, individually; RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased; FRANK D. RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD; BURLINGTON NORTHERN SANTA FE RAILWAY; CITY OF SAN PABLO; WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT; COUNTY OF CONTRA COSTA COUNTY; STATE OF CALIFORNIA; E. PARKINSON; and DOES 1 through 100,<br><br>Defendants. | Case No.  C08-00540 JL<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT COUNTY OF CONTRA COSTA |

Pursuant to Civil L.R.3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

///

1 | DATED: January 31, 2008

SILVANO B. MARCHESI, County Counsel

By:_____/s/_____
    MONIKA L. COOPER
    Deputy County Counsel
    Attorneys for Defendant
    COUNTY OF CONTRA COSTA

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28