BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
KARL H. SCHMIDT, Assistant Chief Counsel (SBN 62663)
595 Market Street, Suite 1700
San Francisco, CA 94105
Mail: P.O. Box 7444
San Francisco, CA 94120-7444
Telephone: (415) 904-5700
Facsimile: (415) 904-2333

Attorneys for Defendant State of California,
acting by and through the Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, RANDY CORDOVA as Personal Representative of the Estate of Rubin Torres, deceased, and FRANK D. RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD, BURLINGTON NORTHERN SANTA FE RAILWAY, CITY OF SAN PABLO, WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, E. PARKINSON, and DOES 1 THROUGH 100,<br><br>Defendants. | Case No. C 08-00540 JL<br><br>NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS<br>*(FRCP 12(b)(6))*<br><br>Date: March 26, 2008<br>Time: 9:30 a.m.<br>Courtroom: F, 15th floor<br>Honorable James Larson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 26, 2008, at 9:30 a.m. in Courtroom F of the above-entitled Court, located at 450 Golden Gate Avenue, 15th floor, San Francisco, California 94102, Defendant State of California, acting by and through the Department of Transportation ("State") will and hereby does move the Court for an order pursuant to *Rule 12(b)(6) of the Federal Rules of Civil Procedure* to dismiss Plaintiffs' Action against the State. Plaintiffs have failed to state

facts constituting any claim for relief because the State is immune from suit by virtue of the *Eleventh Amendment*.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and such other papers, records, and pleadings as may be on file herein.

DATED: February 11, 2008

BEHRENS, GOSSAGE & SCHMIDT

By _____
Attorneys for Defendant
STATE OF CALIFORNIA

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION AND PROCEDURAL BACKGROUND

Plaintiffs, DANIELLE ROMERO, RANDY CORDOVA as Personal Representative of the Estate of Rubin Torres, deceased, and FRANK D. RAMIREZ, filed their lawsuit on November 6, 2007 in California Superior Court, County of Alameda. On January 28, 2008, Defendant State filed a motion to transfer action to California Superior Court, County of Contra Costa. Before that motion could be heard, the action was removed to this Court on January 24, 2008.

Plaintiffs' action against the State <u>must</u> be dismissed because it is subject to the bar of the Eleventh Amendment. It is firmly established that the Eleventh Amendment acts as a bar to any attempt to sue the State in federal court on claims arising under federal law or state law. Although the Eleventh Amendment has been interpreted as an expression of the sovereign immunity of the states, it also acts as a limit on the subject matter jurisdiction of the federal courts. Because the complaint in its entirety fails to state any claim for which relief may be granted as against the State, it must be dismissed.

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
(Mail: P.O. Box 7444, San Francisco, California 94120-7444)
595 Market Street, Suite 1700, San Francisco, California 94105
Telephone: (415) 904-5700  Facsimile: (415) 904-2333

## II.

## LEGAL ARGUMENT

### A. Standard of Review

Pursuant to *Federal Rules of Civil Procedure, Rule 12, subdivision (b)(6)*, a complaint may be dismissed for failure to state a claim upon which relief can be granted. A complaint may be dismissed as a matter of law where there is insufficient factual basis to support a plaintiff's legal theory. *Robertson v. Dean Witter Reynolds, Inc.*, 749 F.2d 530, 533-534 (9th Cir. 1984).

Where the lawsuit is brought against defendants who have statutory or common law immunities, motions to dismiss are proper. *See, e.g, Thomas v. Nakatani*, 309 F.3d 1203, 1205 (9th Cir. 2002) (motion to dismiss on sovereign immunity grounds: benefit of immunity would be lost if suit allowed to proceed past motion stage.)

### B. The Eleventh Amendment Bars All Plaintiffs' Claims Against the State

The Eleventh Amendment to the U.S. Constitution provides, "[t]he Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State." This "immunity" from suit is a fundamental aspect of the sovereignty which the States enjoyed before the ratification of the Constitution, and which they retain today." *Alden v. Maine*, 527 U.S. 706 (1999). Although the Eleventh Amendment does not expressly bar suits against a state by its own citizens, it has been so interpreted: "[A]n unconsenting State is immune from suits brought in federal courts by her own citizens as well as by citizens of another state." *Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 100 (1984); *Papasan v. Allain*, 478 U.S. 265 (1986). The Eleventh Amendment acts as a limit on federal jurisdiction because, "federal jurisdiction over suits against unconsenting States was not contemplated by the Constitution when establishing the judicial power of the United States." *Seminole Tribe of Florida v. Florida*, 517 U.S. 44, 54 (1996). The Eleventh Amendment applies to state agencies and departments of the state, as well as the State itself. *Puerto Rico Aqueduct and Sewer Authority v. Metcalf & Eddy, Inc.*, 506 U.S. 139 (1993).

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
(Mail: P.O. Box 7444, San Francisco, California 94120-7444)
595 Market Street, Suite 1700, San Francisco, California 94105
Telephone: (415) 904-5700 Facsimile: (415) 904-2333

Since *Pennhurst State School and Hospital v. Halderman, supra*, 465 U.S. 89, it has been beyond doubt that the Eleventh Amendment bars suit against a state or state agency for the type of relief sought in the instant action. *See also R.J. Reynolds Tobacco Co. v. Bonta*, 272 F.Supp.2d 1085, 1110, (E.D. Cal. 2003), *aff'd* 384 F3d 1126 (9th Cir. 2004) (state law claim under California constitution subject to Eleventh Amendment); *Gilbreath v. Cutter biological, Inc.*, 931 F.2d 1320, 1327 (9th Cir. 1991) (state claims are subject to 11th Amendment bar).

Here, there can be no dispute that Plaintiffs now seek relief from this Court in their suit against the State. Their Complaint specifically names the "State of California" as a defendant, and asserts various claims under state law. Since Plaintiffs are absolutely precluded under sovereign immunity, the State must be dismissed from this lawsuit.

## III.

## CONCLUSION

For the reasons stated above, the State respectfully requests that all claims against it be dismissed.

DATED: February 11, 2008                                BEHRENS, GOSSAGE & SCHMIDT

By _____
Attorneys for Defendant
STATE OF CALIFORNIA

Case Name: *Danielle Romero, et al., vs. Amtrak, National Railroad Passenger Corp. et al.*
Case No.:    **United States District Court Northern District No.**

PROOF OF SERVICE
(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ. Proc., rule 5(b).)

I, the undersigned, say: I am, and was at all times herein mentioned, employed in the City and County of San Francisco, over the age of 18 years and not a party to the within action or proceedings; that my business address is 595 Market Street, Suite 1700, P.O. Box 7444, San Francisco, California 94120-7444; that on the date set forth below, I served the within **NOTICE OF MOTION AND MOTION TO DISMISS;; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS** on all parties in said action by:

X____ **MAIL)** by placing a true copy thereof enclosed in a sealed envelope for each person(s) named below, addressed as set forth immediately below the respective name(s), with postage thereon fully prepaid as first-class mail. I deposited the same in a mailing facility regularly maintained by the United States Post Office for the mailing of letter(s) at my above-stated place of business.

____ **(PERSONAL SERVICE)** by placing a true copy thereof enclosed in a sealed envelope, for each person(s) named below, and caused such envelope to be delivered by hand to the address(es) as set forth immediately below the respective name(s) pursuant to this Proof of Service.

____ **(FACSIMILE TRANSMITTAL)** by faxing a true copy thereof as indicating by the address(es), and facsimile telephone number(s) for each person(s) named below as set forth immediately below the respective name(s) pursuant to this Proof of Service.

____ **(UNITED PARCEL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope and deposited on the date set forth below, in a United Express pickup facility regularly maintained by United Express for the delivering of letters and packages located at my above-stated place of business.

Steven J. Brady
Law Office of Steven J. Brady
1015 Irwin Street, Suite A
San Rafael, CA 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
*Attorney for Plaintiffs Danielle Romero, Randy Cordova, Frank D. Ramirez,*

Peter Edrington, Esq.
EDRINGTON,, SCHIRMER & MURPHY
2300 Contra Costa Blvd., #450
Pleasant Hill, CA 94523-3936
Tel: (925) 827-3300
Fax: (925) 827-3320
*Attorney for City of San Pablo*

B. Clyde Hutchinson
LOMBARDI LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Ste 2600
Oakland, CA 94612-3541
Tel: (515) 433-26--
Fax: (510) 433-2699
*Attorneys for Amtrak, National Railroad Passenger Corporation, Union Pacific Railroad, Burlington Northern Santa Fe Railway, Eric Parkinson*

Michael Charles Wenzel
BERTRAND FOS & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Tel: (415) 353-0999 x 15
Fax: (415) 353-0990
*Attorney for West Contra Costa Unified School District*

1

**PROOF OF SERVICE**

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

| | |
|---|---|
| Monika L. Cooper<br>County of Contra Costa<br>651 Pine Street, 9th Floor<br>Martinez, CA 94553<br>**Attorney for County of Contra Costa** | United District Court Northern Division<br>450 Golden Gate Avenue<br>16th Floor, #1111<br>San Francisco, CA 94102<br>**Chambers courtesy copy** |

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February 11, 2008, at San Francisco, California.

*[signature]*
ELVIRA B. SALES, Declarant

2

**PROOF OF SERVICE**