E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIELLE ROMERO, RANDY CORDOVA as Personal
Representative of the Estate of Rubin Torres,
        Plaintiff(s),

No. C C08-00540 JL

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

v.

AMTRAK, NATIONAL RAILROAD PASSENGER
CORPORATION, et al.
        Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/11/08

Signature

Counsel for Defendant State of
(Plaintiff, Defendant or indicate "pro se")
California- KARL H. SCHMIDT

1  Case Name: *Danielle Romero, et al., vs. Amtrak, National Railroad Passenger Corp. et al.*
   Case No.:  **United States District Court Northern District No.**

2                                    PROOF OF SERVICE
3         (Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ. Proc., rule 5(b).)

4  I, the undersigned, say: I am, and was at all times herein mentioned, employed in the City and County of San Francisco, over the age of 18 years and not a party to the within action or proceedings; that my business address is 595 Market Street, Suite 1700, P.O. Box 7444, San Francisco, California 94120-7444; that on the date set forth below, I served the within **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on all parties in said action by:

7  X   **MAIL**) by placing a true copy thereof enclosed in a sealed envelope for each person(s) named below, addressed as set forth immediately below the respective name(s), with postage thereon fully prepaid as first-class mail. I deposited the same in a mailing facility regularly maintained by the United States Post Office for the mailing of letter(s) at my above-stated place of business.

10  __  (**PERSONAL SERVICE**) by placing a true copy thereof enclosed in a sealed envelope, for each person(s) named below, and caused such envelope to be delivered by hand to the address(es) as set forth immediately below the respective name(s) pursuant to this Proof of Service.

13  __  (**FACSIMILE TRANSMITTAL**) by faxing a true copy thereof as indicating by the address(es), and facsimile telephone number(s) for each person(s) named below as set forth immediately below the respective name(s) pursuant to this Proof of Service.

15  __  (**UNITED PARCEL EXPRESS**) by placing a true copy thereof enclosed in a sealed envelope and deposited on the date set forth below, in a United Express pickup facility regularly maintained by United Express for the delivering of letters and packages located at my above-stated place of business.

| | |
|---|---|
| Steven J. Brady<br>Law Office of Steven J. Brady<br>1015 Irwin Street, Suite A<br>San Rafael, CA 94901<br>Tel: (415) 459-7300<br>Fax: (415) 459-7303<br>***Attorney for Plaintiffs Danielle Romero, Randy Cordova, Frank D. Ramirez*** | B. Clyde Hutchinson<br>LOMBARDI LOPER & CONANT, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Ste 2600<br>Oakland, CA 94612-3541<br>Tel: (515) 433-26--<br>Fax: (510) 433-2699<br>***Attorneys for Amtrak, National Railroad Passenger Corporation, Union Pacific Railroad, Burlington Northern Santa Fe Railway, Eric Parkinson*** |
| Peter Edrington, Esq.<br>EDRINGTON,, SCHIRMER & MURPHY<br>2300 Contra Costa Blvd., #450<br>Pleasant Hill, CA 94523-3936<br>Tel: (925) 827-3300<br>Fax: (925) 827-3320<br>***Attorney for City of San Pablo*** | Michael Charles Wenzel<br>BERTRAND FOX & ELLIOT<br>2749 Hyde Street<br>San Francisco, CA 94109<br>Tel: (415) 353-0999 x 15<br>Fax: (415) 353-0990<br>***Attorney for West Contra Costa Unified School District*** |

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

| | | |
|---|---|---|
| 1 | Monika L. Cooper | United District Court Northern Division |
| 2 | County of Contra Costa<br>651 Pine Street, 9th Floor | 450 Golden Gate Avenue<br>16th Floor, #1111 |
| 3 | Martinez, CA 94553<br>**Attorney for County of Contra Costa** | San Francisco, CA 94102<br>**Chambers courtesy copy** |

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on February 13, 2008, at San Francisco, California.

*[signature]*
ELVIRA B. SALES, Declarant

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

2

**PROOF OF SERVICE**