1  STEVEN J. BRADY, ESQ. (State Bar No. 116651)
   BRADY LAW GROUP
2  1015 Irwin Street, Suite A
   San Rafael, CA  94901
3
   Phone:   (415) 459-7300
4  Fax:       (415) 459-7303
5  Attorneys for Plaintiff
   DANIELLE ROMERO individually,
6  RANDY CORDOVA as Personal
   Representative of the Estate of
7  Ruben Torres, deceased and
   FRANK D. RAMIREZ
8
9
10
11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14  DANIELLE ROMERO individually,   )   CASE NO. C 08-00540 JL
    RANDY CORDOVA as Personal       )
15  Representative of the Estate of Ruben )   CONSENT TO PROCEED BEFORE A
    Torres, deceased, FRANK D.      )   UNITED STATES MAGISTRATE JUDGE
16  RAMIREZ,                        )
                                    )
17           Plaintiffs,            )
                                    )
18  vs.                             )
                                    )
19  AMTRAK, NATIONAL RAILROAD       )
    PASSENGER CORPORATION,          )
20  UNION PACIFIC RAILROAD,         )
    BURLINGTON NORTHER SANTA FE     )
21  RAILWAY, CITY OF SAN PABLO,     )
    WEST CONTRA COSTA COUNTY        )
22  UNIFIED SCHOOL DISTRICT,        )
    COUNTY OF CONTRA COSTA          )
23  COUNTY, STATE OF CALIFORNIA,    )
    E. PARKINSON; and DOES 1-100,   )
24                                  )
             Defendants.            )
25                                  )
    _____ )
26

27       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

28  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In accordance with the provisions of Title 28, U.S.C. Section 63(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgement.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATE:   February 15, 2008          BRADY LAW GROUP


By_____s/s_____
              Steven J. Brady
              Attorneys for Plaintiff
              DANIELLE ROMERO individually,
              RANDY CORDOVA as Personal
              Representative of the Estate of
              Ruben Torres, deceased,
              FRANK D. RAMIREZ

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE