# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danielle Romero, et al. | No. C 08-00540-JL |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| Amtrak, et al. | |
| Defendant(s). | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 19, 2008

/b/ Jason B. Shane
Signature    Jason B. Shane

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")

National Railroad Passenger Corp., BNSF Railway Co., Union Pacific Railroad Co., and Eric Parkinson