B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:  (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, BNSF RAILWAY COMPANY,
UNION PACIFIC RAILROAD COMPANY, and
ERIC PARKINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, individually; RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased; FRANK D. RAMIREZ, <br><br>Plaintiffs, <br><br>v. <br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD; BURLINGTON NORTHERN SANTA FE RAILWAY; CITY OF SAN PABLO; WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT; COUNTY OF CONTRA COSTA COUNTY; STATE OF CALIFORNIA; E. PARKINSON; and DOES 1 through 100, <br><br>Defendants. | Case No. C08-00540 JL <br><br>**CERTIFICATE OF SERVICE** |

I, Noelle Duncan, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within

action. I am employed in the county of Alameda; my business address is Lombardi, Loper &

Conant, LLC, 1999 Harrison Street, Suite 2600, Oakland, CA 94612.

///

On February 19, 2008, I served the within:

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Bennett R. Glen
Scranton Law Firm
2450 Stanwell Drive, Suite B
Concord, CA 94520

Telephone: (925) 602-2727
Facsimile: (925) 676-9999
*Attorneys for Plaintiffs*

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

☐ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

☐ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-36247 JBS 548442.1     2     Case No. C08-00540 JL

CERTIFICATE OF SERVICE

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on February 19, 2008, at Oakland, California.

4

5                                    /s/ Noelle Duncan
                                      Noelle Duncan
6

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541