BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
KARL H. SCHMIDT, Assistant Chief Counsel
LANDA S. MORRIS
SAMMY OBAID (SBN 250128)
595 Market Street, Suite 1700, San Francisco, CA 94105
Mail: P.O. Box 7444, San Francisco, CA 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333

Attorneys for Defendant, State of California, acting by and through the Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, RANDY CORDOVA as Personal Representative of the Estate of Rubin Torres, deceased, and FRANK D. RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD, BURLINGTON NORTHERN SANTA FE RAILWAY, CITY OF SAN PABLO, WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, E. PARKINSON, and DOES 1 through 100,<br><br>Defendants. | No. RG 07354993<br><br>NOTICE OF CHANGE OF HANDLING ATTORNEY ON BEHALF OF STATE OF CALIFORNIA |

TO:   THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** this matter has been transferred for handling from Karl H. Schmidt to Sammy T. Obaid of the State of California, 595 Market Street, Suite 1700, San Francisco, CA 94105.

The new handling attorney request that all counsel and the Court make a note of this change for service of all future documents and correspondence related to this matter.

DATED: 2/27/08

BRUCE A. BEHRENS
DAVID GOSSAGE
KARL H. SCHMIDT
LANDA S. MORRIS
SAMMY OBAID

By: _____
Attorneys for Defendant
STATE OF CALIFORNIA, acting by and through the Department of Transportation

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
595 Market Street, Suite 1700, San Francisco, California 94105
Mail: P.O. Box 7444, San Francisco, California 94120-7444
Telephone: (415) 904-5700, Facsimile: (415) 904-2333