1 | BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
2 | KARL H. SCHMIDT, Assistant Chief Counsel
LANDA S. MORRIS
3 | SAMMY OBAID, Bar #250128
595 Market Street, Suite 1700
4 | San Francisco, CA 94105
Mail: P.O. Box 7444
5 | San Francisco, CA 94120-7444
Telephone: (415) 904-5700
6 | Facsimile: (415) 904-2333

7 | Attorneys for Defendant State of California,
acting by and through the Department of Transportation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. C 08-00540 JL

DANIELLE ROMERO, et al.

Plaintiffs,

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT STATE OF CALIFORNIA

vs.

AMTRAK, et al.

Defendants.

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), PLAINTIFFS voluntarily dismiss with prejudice the above captioned action as to defendant STATE OF CALIFORNIA.

DATED: March __, 2008

Steven J. Brady
Attorney for plaintiffs

---

C 08-00540 JL                NOTICE OF DISMISSAL AS TO DEFENDANT STATE OF CALIFORNIA