1  STEVEN J. BRADY, ESQ. (State Bar No. 116651)
   BRADY LAW GROUP
2  1015 Irwin Street, Suite A
   San Rafael, CA  94901
3
   Phone:  (415) 459-7300
4  Fax:    (415) 459-7303

5  Attorneys for Plaintiff
   DANIELLE ROMERO individually,
6  RANDY CORDOVA as Personal
   Representative of the Estate of
7  Ruben Torres, deceased and
   FRANK D. RAMIREZ
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13 DANIELLE ROMERO individually,     )   CASE NO. C 08-00540
   RANDY CORDOVA as Personal         )
14 Representative of the Estate of Ruben )  PROOF OF SERVICE RE:
   Torres, deceased, FRANK D.        )
15 RAMIREZ,                          )   NOTICE OF VOLUNTARY DISMISSAL
                                     )   AS TO DEFENDANT STATE OF
16          Plaintiffs,              )   CALIFORNIA
                                     )
17 vs.                               )
                                     )
18 AMTRAK, NATIONAL RAILROAD         )
   PASSENGER CORPORATION,            )
19 UNION PACIFIC RAILROAD,           )
   BURLINGTON NORTHER SANTA FE       )
20 RAILWAY, CITY OF SAN PABLO,       )
   WEST CONTRA COSTA COUNTY          )
21 UNIFIED SCHOOL DISTRICT,          )
   COUNTY OF CONTRA COSTA            )
22 COUNTY, STATE OF CALIFORNIA,      )
   E. PARKINSON; and DOES 1-100,     )
23                                   )
            Defendants.              )
24 _____    )

25
        I Laurie Berger, do declare that on the date set forth below, I served the above-
26
   mentioned document by placing a true copy thereof, enclosed in a sealed envelope
27
   with postage thereon fully prepaid, for collection and mailing on that date following
28
   _____
                                        1
   PROOF OF SERVICE RE: NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT STATE OF CALIFORNIA

1  ordinary business practices, in the United States Mail at the Brady Law Group, 1015
2  Irwin Street, Suite A, San Rafael, CA, 94901, addressed as shown below. I am readily
3  familiar with the business practice at my place of business for collection and processing
4  of correspondence for mailing with the United States Postal Service, and in
5  the ordinary course of business, correspondence would be deposited with the U.S.
6  Postal Service the same date it was placed for collection and processing.

7  B. Clyde Hutchinson, Esq.
   Jason B. Shane, Esq.
8  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
9  1999 Harrison Street, Ste. 2600
   Oakland, CA 94612
10 Phone: (510) 433-2600
   Fax: (510) 433-2699
11 email: bch@llcllp.com
          jshane@llcllp.com
12 attys for Amtrak, National Railroad Passenger Corporation;
   BNSF Railway Company, Union Pacific Railroad Company
13 and Eric Parkinson

   Bruce Z. Behrens, Chief Counsel
   David Gassage, Deputy Chief Counsel
   Karl H. Schmidt, Assistant Chief Counsel
   Landa S. Morris, Esq.
   Sammy Obaid, Esq.
   STATE OF CALIFORNIA DEPARTMENT
   OF TRANSPORTATION
   595 Market Street, Suite 1700
   San Francisco, CA 94105
   Mailing: P.O. Box 7444
   San Francisco, CA 94120-7444
   Phone: (415) 904-5700
   Fax: (415) 904-2333
   Atty for State of California

14
15 Silvano B. Marchesi, County Counsel
   Monika L. Cooper, Deputy County Counsel
   COUNTY OF CONTRA COSTA
16 651 Pine Street, 9th Floor
   Martinez, CA 94533
17 Phone: (925) 335-1800
   Fax: (925) 335-1866
18 Atty for County of Contra Costa

   Peter Edrington, Esq.
   EDRINGTON, SCHIRMER & MURPHY
   2300 Contra Costa Blvd., #450
   Pleasant Hill, CA 94523-3936
   Phone: (925) 827-3300
   Fax: (925) 827-3320
   atty for City of San Pablo

19 Thomas Bertrand, Esq.
   Michael C. Wenzel, Esq.
20 BERTRAND, FOX & ELLIOT
   2749 Hyde Street
21 San Francisco, CA 94109
   Phone: (415) 353-0999
22 Fax: (415) 353-0990
   Atty for West Contra Costa County Unified School District
23

24    I certify and declare under penalty of perjury under the laws of the State of
25 California that the foregoing is true and correct. Executed on March 12, 2008 at San
   Rafael, California.
26
27                            _____s/s_____
                              Laurie Berger
28
                                           2
PROOF OF SERVICE RE: NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT STATE OF CALIFORNIA