1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendants
7  NATIONAL RAILROAD PASSENGER
   CORPORATION, BNSF RAILWAY COMPANY,
8  UNION PACIFIC RAILROAD COMPANY, and
   ERIC PARKINSON
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  DANIELLE ROMERO, individually;        Case No.  C08-00540 JL
    RANDY CORDOVA, as Personal
13  Representative of the Estate of Ruben   **JOINT CASE MANAGEMENT
    Torres, deceased; FRANK D. RAMIREZ,    STATEMENT AND PROPOSED ORDER**
14
                    Plaintiffs,
15
16          v.

17  AMTRAK; NATIONAL RAILROAD
    PASSENGER CORPORATION; UNION
18  PACIFIC RAILROAD; BURLINGTON
    NORTHERN SANTA FE RAILWAY;
19  CITY OF SAN PABLO; WEST CONTRA
    COSTA COUNTY UNIFIED SCHOOL
20  DISTRICT; COUNTY OF CONTRA
    COSTA; STATE OF CALIFORNIA; E.
21  PARKINSON; and DOES 1 through 100,

22                  Defendants.

23      The parties to the above-entitled action jointly submit this Status Report.

24      **DESCRIPTION OF THE CASE**

25  1.      **Jurisdiction and Service:** *(The basis for the court's subject matter jurisdiction over*

26      *plaintiff's claims and defendant's counterclaims, whether any issues exist regarding*

27      *personal jurisdiction or venue, whether any parties remain to be served, and, if any*

28      *parties remain to be served, a proposed deadline for service.)*

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    Jurisdiction and venue are not disputed.

2    The Court has original jurisdiction under 28 USC §1331 and all defendants, other than

3    sham defendants, consented to removal. Venue is proper. The accident occurred in this district

4    and all parties reside in this district.

5    No parties remain to be served.

6    **2.    Facts:** *(A brief chronology of the facts and a statement of the principal factual issues in*

7    *dispute.)*

8    This is a wrongful death action wherein plaintiffs are seeking compensatory and punitive

9    damages rising out of the death of their son Ruben Torres on October 26, 2006, when he was

10   struck by a train operated by National Railroad Passenger Corporation (Amtrak) at or about Terra

11   Hills Road, in or near the city of San Pablo, in Contra Costa County.

12   On this date, plaintiffs contend decedent Ruben Torres was struck by an Amtrak train

13   while riding his bicycle with two of his elementary school friends. He was eleven years old at the

14   time of his death.

15   Plaintiffs have plead causes of action for negligence and intentional tort against the

16   railroad defendants as there is evidence that the train that struck Mr. Torres was operated

17   intentionally at a rate of speed in excess of the speed limit for trains at the location where the

18   subject accident occurred.

19   Causes of action have been plead for general negligence and premises liability against the

20   City of San Pablo, West Contra Costa County Unified School District and Contra Costa County

21   for creating an attractive nuisance in allowing minors, like decedent, to access the railroad tracks

22   and failing to take proper measures to safely secure those tracks within their jurisdictional and

23   actual control.

24   **3.    Legal Issues:** *(A brief statement, without extended legal argument, of the disputed points*

25   *of law, including reference to specific statutes and decision.)*

26   It is anticipated that the railroad defendants will dispute the negligent and/or intentional

27   conduct alleged by the plaintiffs in the operation of their passenger train which struck the

28   decedent Ruben Torres. These defendants also contend federal law would preempt any state law

13249-36247 JBS 551015.1                    2                    Case No. Case No. C08-00540 JL

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    claims of unreasonable train speed, and further contend Californian Civil Code §846 bars

2    plaintiffs' negligence claims.  It is also anticipated that the City and County defendants will

3    dispute their jurisdiction over the areas around the railroad tracks and the fact that they allowed

4    access and created an attractive nuisance to those railroad tracks for local youths like the decedent

5    Ruben Torres.

6        The West Contra Costa Unified School District and Contra Costa County claim they are

7    immune from liability, that plaintiff failed to use the adjacent property with due care and that no

8    dangerous condition of public property existed on property owned or controlled by it.

9        The City of San Pablo contends the incident did not occur in the City or within its legal

10    boundaries.  The City also contends it did not exercise control over nor did it maintain the

11    location where the incident took place

12    **4.    Motions:** *(All prior and pending motions, their current status, and any anticipated*

13    *motions.)*

14        There are no pending motions.  Each defendant, however, intends to file a motion for

15    summary judgment.

16    **5.    Amendment of Pleadings:** *(The extent to which parties, claims, or defenses are expected*

17    *to be added or dismissed and a proposed deadline for amending the pleadings.)*

18        Railroad defendants request leave to amend their answer to allege California Civil Code

19    §846 as an affirmative defense.

20        The West Contra Costa Unified School District requests leave to amend its answer to

21    allege Education Code Section 44808 as an affirmative defense.

22        Other parties do not intend to amend the pleadings, at this time.

23    **6.    Evidence Preservation:** *(Steps taken to preserve evidence relevant to the issues*

24    *reasonably evident in this action, including interdiction of any document0destruction program*

25    *and any ongoing erasures of e-mails, voice mails, and other electronically recorded material.)*

26        Upon the filing of the tort claim required by state law and the complaint, the defendants

27    instructed their clients to preserve all relevant documentary and electronic evidence.  Plaintiffs

28    were instructed to retain all information and documents, including, but not limited to, emails,

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-36247 JBS 551015.1                    3                    Case No.  Case No. C08-00540 JL

1    notes, photographs, and reports.

2    **7.    Disclosures:** *(Whether there has been full and timely compliance with the initial*

3    *disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.)*

4            The initial disclosures have not yet been made, but each party will fully and timely

5    comply with the initial disclosure requirements by May 7, 2009.

6    **8.    Discovery:** *(Discovery taken to date, if any, the scope of anticipated discovery, any*

7    *proposed limitations or modifications of the discovery rules, and the proposed discovery plant*

8    *pursuant to Fed. R. Civ. P. 26(f).)*

9            Plaintiffs contemplate written discovery, depositions of defendants' train operators,

10   depositions of Persons Most Knowledgeable of all defendants, and expert discovery.

11           Defendants contemplate written discovery, depositions of plaintiffs and the two boys with

12   decedent at the time of this death, and expert discovery.

13   **9.    Class Actions:** *(If this is a class action, a proposal for how and when the class will be*

14   *certified.)*

15           Not applicable.

16   **10.    Related Cases:** *(Any related cases of proceedings pending before another judgment of*

17   *this court, or before another court or administrative body.)*

18           Not applicable.

19   **11.    Relief:** *(All relief sought through complaint or counterclaim, including the damages*

20   *sought and a description of the bases on which damages are calculated. In addition, any party*

21   *from whom damages are sought must describe the bases on which it contends damages should be*

22   *calculated if liability is established.)*

23           Plaintiffs seek compensatory damages against all defendants and punitive damages against

24   the railroad defendants.

25   **12.    Settlement and ADR:** *(Prospects for settlement, ADR efforts to date, and a specific ADR*

26   *plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or*

27   *motions necessary to petition the parties to negotiate a resolution.)*

28           It is unknown what the prospects for settlement are at this time, as each defendant intends

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

to file a motion for summary judgment. The parties have, however, agreed to ENE as a form of ADR. The discovery key to any form of ADR would be the reports and photographs regarding the accident and perhaps the depositions of plaintiffs and any witnesses.

**13.     Consent to Magistrate Judge For All Purposes:** *(Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.)*

The parties have all previously consented to proceeding before a magistrate.

**14.     Other References:** *(Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.)*

No.

**15.     Narrowing of Issues:** *(Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial.)*

The parties do not believe the issues can be narrowed, at this time.

**16.     Expedited Schedule:** *(Whether this is a type of case that can be handled on an expedited basis with streamlines procedures.)*

This is not a case that can be expedited.

**17.     Scheduling:** *(Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.)*

The parties have agreed to the following discovery/trial schedule:

| | |
|---|---|
| TRIAL (no more than 10 days) | June 15, 2009 |
| Pretrial Conference (Wednesdays) | June 3, 2009 |
| Objections to pretrial disclosures (not less than 9 days before conf) | May 25, 2009 |
| Pretrial Disclosures/Joint Pre-Trial Statement | May 12, 2009 |
| | (not less than 20 days before conf) |
| Last day to file dispositive motions | March 25, 2009 |
| Expert discovery cutoff | March 16, 2009 |
| Expert disclosures (rebuttal) | March 2, 2009 |
| Factual discovery cutoff | February 9, 2009 |
| Expert disclosures (primary) | February 2, 2009 |

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA. 94612-3541

13249-36247 JBS 551015.1          5          Case No. Case No. C08-00540 JL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1  **18.    Trial:** *(Whether the case will be tried to a jury or to the court and the expected length of*

2  *the trial.)*

3          All parties have demanded trial by jury.

4  **19.    Disclosure of non-party Interested Entities or Persons:** *(Whether each party has filed*

5  *the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.*

6  ***In addition,*** *each party just restate in the case management statement the contents of its*

7  *certification by identifying any persons, firms, partnerships, corporations (including parent*

8  *corporations) or other entities known by the party to have either;  (i) a financial interest in the*

9  *subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that*

10  *could be substantially affected by the outcome of the proceeding.)*

11          All parties have filed a Certification of Interested Entities or persons.  The plaintiffs herein

12  constitute all parties with a financial interest in the subject matter in controversy and any other

13  interest that could be substantially affected by the outcome of the proceeding.

14  **20.    Such other matters as may facilitate the just, speedy and inexpensive disposition of**

15  **this matter.**

16          None.

17  Dated: April 23, 2008              THE BRADY LAW GROUP

18

19                                    By: _____/s/ Steven J. Brady_____
                                            STEVEN J. BRADY
20                                        Attorneys for Plaintiffs
                                      DANIELLE ROMERO, RANDY CORDOVA,
21                                        and FRANK D. RAMIREZ

22

23  Dated: April 23, 2008              LOMBARDI, LOPER & CONANT, LLP

24

25                                    By: _____/s/ Jason B. Shane_____
                                            JASON B. SHANE
26                                        Attorneys for Defendants
                                      NATIONAL RAILROAD PASSENGER CORPORATION,
27                                      BNSF RAILWAY COMPANY, UNION PACIFIC
                                      RAILROAD COMPANY, and ERIC PARKINSON

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA. 94612-3541

1    Dated: April 23, 2008                COUNTY COUNSEL

2

3                                         By: _____ /s/ Monika L. Cooper _____
                                                     MONIKA L. COOPER
4                                                    Attorneys for Defendant
                                                     COUNTY OF CONTRA COSTA
5

6

7    Dated: April 23, 2008                EDRINGTON, SCHIRMER & MURPHY

8

9                                         By: _____ /s/ Peter P. Edrington _____
                                                     PETER P. EDRINGTON
10                                                   Attorneys for Defendant
                                                     CITY OF SAN PABLO
11

12

13   Dated: April 23, 2008                BERTRAND FOX & ELLIOT

14

15                                        By: _____ /s/ Michael Wenzel _____
                                                     MICHAEL WENZEL
16                                                   Attorneys for Defendant
                                                     WEST CONTRA COSTA COUNTY
17                                                   UNIFIED SCHOOL DISTRICT

18

19

20

21

22

23

24

25

26

27

28

13249-36247 JBS 551015.1                    7                    Case No.  Case No. C08-00540 JL

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

1

**CASE MANAGEMENT ORDER**

2

The Case Management Statement and Proposed Order is hereby adopted by the Court as

3

the Case Management Order for the case and the parties are order to comply with this Order.  In

4

addition the Court orders:

5

6

7

8

9

10

11

12

13

14

*[The Court may wish to make additional orders, such as:*
   *a.  Referral of the parties to court or private ADR process;*
   *b.  Schedule a further Case Management Conference;*
   *c.  Schedule the time and content of supplemental disclosures;*
   *d.  Specially set motions;*
   *e.  Impose limitations on disclosure or discovery;*
   *f.  Set time for disclosure of identity, background and opinions of experts;*
   *g.  Set deadlines for completing fact and expert discovery;*
   *h.  Set time for parties to meet and confer regarding pretrial submissions;*
   *i.  Set deadline for hearing motions directed to the merits of the case;*
   *j.  Set deadline for submission of pretrial material;*
   *k.  Set date and time for pretrial conference;*
   *l.  Set a date and time for trial.]*

15

Dated: _____        _____
                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-36247 JBS 551015.1

8

Case No.  Case No. C08-00540 JL

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER