1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:  (510) 433-2600
   Facsimile:  (510) 433-2699
6
7  Attorneys for Defendants
   NATIONAL RAILROAD PASSENGER
   CORPORATION, BNSF RAILWAY COMPANY,
8  UNION PACIFIC RAILROAD COMPANY, and
   ERIC PARKINSON
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, individually; RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased; FRANK D. RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD; BURLINGTON NORTHERN SANTA FE RAILWAY; CITY OF SAN PABLO; WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT; COUNTY OF CONTRA COSTA; STATE OF CALIFORNIA; E. PARKINSON; and DOES 1 through 100,<br><br>Defendants. | Case No. C08-00540 JL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

///

///

///

///

///

13249-36247 JBS 552760.1                    1                    Case No. C08-00540 JL

STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiffs DANIELLE ROMERO, individually, RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased, and FRANK D. RAMIREZ, and defendant BNSF RAILWAY COMPANY, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to defendant BNSF RAILWAY COMPANY pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

Dated: April 30, 2008                THE BRADY LAW GROUP


By: _____/s/ Steven J. Brady_____
STEVEN J. BRADY
Attorneys for Plaintiffs
DANIELLE ROMERO, individually; RANDY CORDOVA,
as Personal Representative of the Estate of Ruben Torres,
deceased; FRANK D. RAMIREZ


Dated: April 30, 2008                LOMBARDI, LOPER & CONANT, LLP


By: _____/s/ Jason B. Shane_____
JASON B. SHANE
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION,
BNSF RAILWAY COMPANY, UNION PACIFIC
RAILROAD COMPANY, and ERIC PARKINSON

IT IS SO ORDERED:

DATED: _____, 2008


_____
HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE