1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:     (510) 433-2600
   Facsimile:      (510) 433-2699
6
   Attorneys for Defendants
7  NATIONAL RAILROAD PASSENGER
   CORPORATION, BNSF RAILWAY COMPANY,
8  UNION PACIFIC RAILROAD COMPANY, and
   ERIC PARKINSON
9

                   UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, individually; RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased; FRANK D. RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD; BURLINGTON NORTHERN SANTA FE RAILWAY; CITY OF SAN PABLO; WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT; COUNTY OF CONTRA COSTA; STATE OF CALIFORNIA; E. PARKINSON; and DOES 1 through 100,<br><br>Defendants. | Case No.  C08-00540 JL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

///

///

///

///

///

13249-36247 JBS 552760.1                     1                         Case No. C08-00540 JL

1    IT IS HEREBY STIPULATED by and between plaintiffs DANIELLE ROMERO,
2 individually, RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres,
3 deceased, and FRANK D. RAMIREZ, and defendant BNSF RAILWAY COMPANY, through
4 their designated counsel, that the above-captioned action be and hereby is dismissed with
5 prejudice as to defendant BNSF RAILWAY COMPANY pursuant to Federal Rule of Civil
6 Procedure 41(a)(1).  Each party agrees to bear their own costs.

Dated: April 30, 2008                THE BRADY LAW GROUP


By: _____/s/ Steven J. Brady_____
        STEVEN J. BRADY
        Attorneys for Plaintiffs
DANIELLE ROMERO, individually; RANDY CORDOVA,
as Personal Representative of the Estate of Ruben Torres,
        deceased; FRANK D. RAMIREZ


Dated: April 30, 2008                LOMBARDI, LOPER & CONANT, LLP


By: _____/s/ Jason B. Shane_____
        JASON B. SHANE
        Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION,
    BNSF RAILWAY COMPANY, UNION PACIFIC
RAILROAD COMPANY, and ERIC PARKINSON

IT IS SO ORDERED:

DATED: ____May 1____, 2008

_____
HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541