## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 11:09-11:16 (13min)
Date: **April 30 , 2008**

Case No: **C08-0540 JL**

Case Name: **Danielle Romero v. Amtrak, et al**

Plaintiff  Attorney(s): not present
Defendant Attorney(s):Michael Wenzel for WCCSD; Owen Rooney for San Pablo; Monika Cooper for CC; Jsaon Shane for Amtrak, et al

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 7-30-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
          [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen,