1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
   Attorneys for Defendants
7  NATIONAL RAILROAD PASSENGER
   CORPORATION, UNION PACIFIC RAILROAD
8  COMPANY (erroneously sued herein as Union
   Pacific Railroad), and ERIC PARKINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ROMERO, individually; RANDY CORDOVA, as Personal Representative of the Estate of Ruben Torres, deceased; FRANK D. RAMIREZ, <br><br>    Plaintiffs, <br><br> v. <br><br> AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; UNION PACIFIC RAILROAD; BURLINGTON NORTHERN SANTA FE RAILWAY; CITY OF SAN PABLO; WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT; COUNTY OF CONTRA COSTA; STATE OF CALIFORNIA; E. PARKINSON; and DOES 1 through 100, <br><br>    Defendants. | Case No. C08-00540 JL <br><br> **DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY AND ERIC PARKINSON'S AMENDMENT TO ANSWER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, erroneously sued herein as Union Pacific Railroad, and ERIC PARKINSON hereby amend their Answer of January 24, 2008, to include the following affirmative defense:

As an eight affirmative defense, Defendants allege that some or all of Plaintiffs' claims fail because Defendants owed the Decedent no duty of care pursuant to California Civil Code section 846.

Dated: May 14, 2008                    LOMBARDI, LOPER & CONANT, LLP


By:     /s/ B. Clyde Hutchinson
B. CLYDE HUTCHINSON
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, and ERIC PARKINSON