PETER P. EDRINGTON, ESQ. (074355)                    (G.C. 6103)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA  94523
Telephone:  (925) 827-3300
Fax:  (925) 827-3320
Attorneys for Defendant
CITY OF SAN PABLO


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION


DANIELLE ROMERO, RANDY CORDOVA
as Personal Representative of
the Estate of Ruben Torres,
deceased, FRANK D. RAMIREZ          No. C 08-00540 JL

            Plaintiffs

v.
                                    **NOTICE OF VOLUNTARY DISMISSAL
                                    AS TO DEFENDANT
AMTRAK NATIONAL RAILROAD             CITY OF SAN PABLO**
PASSENGER CORPORATION, UNION
PACIFIC RAILROAD, BURLINGTON
NORTHERN SANTA FE RAILWAY, CITY
OF SAN PABLO, WEST CONTRA COSTA
COUNTY UNIFIED SCHOOL DISTRICT,
COUNTY OF CONTRA COSTA COUNTY,
STATE OF CALIFORNIA, E.
PARKINSON,

            Defendants.
_____/


     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of

Civil Procedure 41(a) plaintiffs voluntarily dismiss with

prejudice the above-captioned action as to defendant CITY OF SAN

PABLO only.

DATED:  May ___, 2008        BRADY LAW GROUP


                             By_____
                               Steven J. Brady, Esq.
                               Attorney for Plaintiffs

1
NOTICE OF VOLUNTARY DISCMISSAL