1    B. CLYDE HUTCHINSON, State Bar No. 037526
     bch@llcllp.com
2    JASON B. SHANE, State Bar No. 253908
     jshane@llcllp.com
3    LOMBARDI, LOPER & CONANT, LLP
     Lake Merritt Plaza
4    1999 Harrison Street, Suite 2600
     Oakland, CA  94612-3541
5    Telephone:    (510) 433-2600
     Facsimile:    (510) 433-2699
6
     Attorneys for Defendants
7    NATIONAL RAILROAD PASSENGER
     CORPORATION, UNION PACIFIC RAILROAD
8    COMPANY, and ERIC PARKINSON

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

12   DANIELLE ROMERO, individually;          Case No.  C08-00540 JL
     RANDY CORDOVA, as Personal
     Representative of the Estate of Ruben    **APPLICATION & DECLARATION OF**
13   Torres, deceased; FRANK D. RAMIREZ,      **JASON B. SHANE REGARDING**
                                              **EXTENSION OF TIME TO COMPLY**
14                  Plaintiffs,               **WITH THE COURT'S JULY 16, 2008,**
                                              **ORDER OF DISMISSAL**
15          v.

16   AMTRAK; NATIONAL RAILROAD
     PASSENGER CORPORATION; UNION
17   PACIFIC RAILROAD; BURLINGTON
     NORTHERN SANTA FE RAILWAY;
18   CITY OF SAN PABLO; WEST CONTRA
     COSTA COUNTY UNIFIED SCHOOL
19   DISTRICT; COUNTY OF CONTRA
     COSTA; STATE OF CALIFORNIA; E.
20   PARKINSON; and DOES 1 through 100,

21                  Defendants.

22

23          I, Jason B. Shane, declare as follows:

24          1.      I am an associate at the law firm of Lombardi, Loper & Conant, LLP, attorneys of

25   record for Defendants National Railroad Passenger Corporation, Union Pacific Railroad

26   Company and Eric Parkinson (hereinafter collectively "Defendants").  I am licensed to practice

27   law before all courts in the State of California, and I have personal knowledge of the statements

28   made in this declaration and could competently testify to thereto is called as a witness.

13249-36247 JBS 561050.1                          1                        Case No. C08-00540 JL

                    APPLICATION & DECLARATION OF JASON B. SHANE

LOMBARDI, LOPER & CO    NANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oak land, CA  94612   -3541

LOMBARDI, LOPER & CO NANT, LLP
1999 Harrison Street, Suite 2600
Lake Merritt Plaza
Oakland, CA 94612 -3541

2.	As of today, October 14, 2008, the parties have yet to complete the settlement of this matter.  Defendants have not yet received a fully executed copy of the Settlement Agreement & Release from Plaintiffs, and thus have not produced the settlement draft to Plaintiffs.

3.	On October 13, 2008, I telephoned Plaintiffs' counsel, Steven J. Brady, to discuss the status of Plaintiffs' execution of the Settlement Agreement & Release, and Mr. Brady informed me that he expected to have the Settlement Agreement & Release fully executed this week.

4.	It was then agreed amongst the parties that it is necessary to obtain a thirty (30) day extension to the deadline set in the Court's July 16, 2008, Order of Dismissal.  The parties hereby request that this Court grant said extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Oakland, California on October  14 , 2008.

/s/ Jason B. Shane
JASON B. SHANE

IT IS SO ORDERED

DATED:  October 16, 2008

HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

13249-36247 JBS 561050.1                    2                    Case No.  Case No. C08-00540 JL

APPLICATION DECLARATION OF JASON B. SHANE